Submitted on remand from the Oregon Supreme Court May 11, reversed and remanded July 5, 2001

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD JAMES BRENNER,
*Appellant.*

93-CR-0072-15, 93-CR-0194-15; A89618 (Control), A89619

27 P3d 170

Sally L. Avera, Public Defender, and James N. Varner, Deputy Public Defender, for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Douglas F. Zier, Assistant Attorney General, for respondent.

Before Landau, Presiding Judge, and Deits, Chief Judge, and Brewer, Judge.

PER CURIAM

Reversed and remanded. *State v. Fleetwood*, 331 Or 511, 16 P3d 503 (2000).